IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 2:99CR122-10-T |
| | ) | (Financial Litigation Unit) |
| BENJAMIN DEAN STAMPER, | ) | |
| AKA/BEN STAMPER, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| EXCELL EMPLOYMENT SERVICES, INC., | ) | |
|     Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case on December 9, 2004, against the defendant Benjamin Dean Stamper is DISMISSED.

Signed: November 12, 2006

Lacy H. Thornburg
United States District Judge